# EXHIBIT B

## Prior Participation By Movants Listed on Schedule 1 of Motion to Intervene

| | | | Greiff Decision[1] | Antecedent Debt Decision[2] | Antecedent Debt Interlocutory Denial[3] | Omnibus Good Faith Decision[4] |
|---|---|---|---|---|---|---|
| | **DENTONS** | | | | | |
| 1. | Picard v. Alvin Gindel Revocable Trust, et al. | 10-04925 | X (By *Hein* Joinder) | | | X |
| 2. | Picard v. America-Israel Cultural Foundation | 10-05058 | | X | X | X |
| 3. | Picard v. BAM L.P., et al. | 10-04390 | X (By *Hein* Joinder) | | | |
| 4. | Picard v. Barbara Berson | 10-04415 | X (By *Hein* Joinder) | | | X |
| 5. | Picard v. Estate of Jack Shurman, et al. | 10-05028 | X (By *Hein* Joinder) | | | |
| 6. | Picard v. Eugene J. Ribakoff 2006 Trust, et al. | 10-05085 | X (By *Hein* Joinder) | | | X |
| 7. | Picard v. Laura E. Giggenheimer Cole | 10-04882 | X (By *Hein* Joinder) | | | |
| 8. | Picard v. Sidney Cole | 10-04672 | X (By *Hein* Joinder) | | | X |
| 9. | Picard v. The Federica Ripley French Revocable Trust, et al. | 10-05424 | X (By *Hein* Joinder) | | | X |
| 10. | Picard v. James Greiff | 10-04357 | X | | | X (By Motion to Intervene)[5] |
| 11. | Picard v. Harold Hein | 10-04861 | X | | | X (By Motion to Intervene)[5] |

---

[1] *Picard v. Greiff*, 476 B.R. 715 (S.D.N.Y. 2011). The *Greiff* decision applied to four motions to dismiss as filed in the following four avoidance actions: *Picard v. Greiff*, No. 11 Civ. 3775 (JSR); *Picard v. Blumenthal*, No. 11 Civ. 4293 (JSR); *Picard v. Goldman*, No. 11 Civ. 4959; *Picard v. Hein*, No. 11 Civ. 4936 (JSR). The ruling also applied to all avoidance actions that filed joinders in support of the motion to dismiss as filed in any of the four avoidance actions.

[2] *Sec. Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC (In re Madoff Sec.),* 499 B.R. 416 (S.D.N.Y. 2013) ("Antecedent Debt Decision")

[3] *Sec. Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC (In re Madoff Sec.),* 987 F. Supp. 2d 309, 311 (S.D.N.Y. 2013) ("Antecedent Debt Interlocutory Denial").

[4] *Sec. Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC (In re Madoff Sec.),* 531 B.R. 439 (Bankr. S.D.N.Y. 2015) ("Omnibus Good Faith Decision")

[5] *See* Omnibus Good Faith Decision, 531 B.R. at 450, n.8.

|     |                                              |          | **Greiff Decision**              | **Antecedent Debt Decision** | **Antecedent Debt Interlocutory Denial** | **Omnibus Good Faith Decision** |
| --- | -------------------------------------------- | -------- | -------------------------------- | ---------------------------- | ---------------------------------------- | ------------------------------- |
| 12. | Picard v. Toby T. Hobish, et al.             | 10-05236 | X (By *Hein* Joinder)            |                              |                                          |                                 |
| 13. | Picard v. Ida Fishman Revocable Trust, et al.| 10-04777 | X (By *Hein* Joinder)            |                              |                                          |                                 |
| 14. | Picard v. Joel I. Gordon Revocable Trust     | 10-04615 | X (By *Hein* Joinder)            |                              |                                          |                                 |
| 15. | Picard v. Lapin Children LLC                 | 10-05209 | X (By *Hein* Joinder)            |                              |                                          | X                               |
| 16. | Picard v. David Markin, et al.               | 10-05224 | X (By *Hein* Joinder)            |                              |                                          | X                               |
| 17. | Picard v. Stanley Miller                     | 10-04921 | X (By *Hein* Joinder)            |                              |                                          | X                               |
| 18. | Picard v. The Murray Family Trust, et al.    | 10-04510 | X (By *Hein* Joinder)            |                              |                                          |                                 |
| 19. | Picard v. Neil Reger Profit Sharing Keogh, et al | 10-05384 | X (By *Hein* Joinder)        |                              |                                          | X                               |
| 20. | Picard v. Rose Gindel Trust, et al.          | 10-04401 | X (By *Hein* Joinder)            |                              |                                          | X                               |
| 21. | Picard v. S&L Partnership, et al.            | 10-04702 | X (By *Hein* Joinder)            |                              |                                          |                                 |
| 22. | Picard v. Barry Weisfeld                     | 10-04332 | X (By *Hein* Joinder)            |                              |                                          | X                               |
| **MILBERG LLP** | | | | | | |
| 1.  | Picard v. Gary Albert                        | 10-04966 | X (By *Blumenthal* Joinder)      | X                            |                                          | X                               |
| 2.  | Picard v. Aspen Fine Arts Co.                | 10-04335 | X (By *Blumenthal* Joinder)      |                              |                                          | X                               |
| 3.  | Picard v. Gerald Blumenthal                  | 10-04582 | X                                |                              |                                          | X                               |
| 4.  | Picard v. Norton A. Eisenberg                | 10-04576 | X (By *Blumenthal* Joinder)      |                              |                                          | X                               |
| 5.  | Picard v. Elbert R. Brown Trust, et al.      | 10-05398 | X (By *Blumenthal* Joinder)      |                              |                                          |                                 |
| 6.  | Picard v. The Estate of Ira S. Rosenberg, et al. | 10-04978 | X (By *Blumenthal* Joinder)  |                              |                                          | X                               |

2

| | | | Greiff Decision | Antecedent Debt Decision | Antecedent Debt Interlocutory Denial | Omnibus Good Faith Decision |
|---|---|---|---|---|---|---|
| 7. | Picard v. P. Charles Gabriele | 10-04724 | X (By *Blumenthal* Joinder) | | | X |
| 8. | Picard v. Stephen R. Goldenberg | 10-04946 | X (By *Blumenthal* Joinder) | | | X |
| 9. | Picard v. Ruth E. Goldstein | 10-04725 | X (By *Blumenthal* Joinder) | | | X |
| 10. | Picard v. The Joseph S. Popkin Revocable Trust, et al. | 10-04712 | X (By *Blumenthal* Joinder) | X | | X |
| 11. | Picard v. Potamkin Family Foundation I, Inc. | 10-05069 | X (By *Blumenthal* Joinder) | | | X |
| 12. | Picard v. Mitchell Ross | 10-04723 | X (By *Blumenthal* Joinder) | | | |
| 13. | Picard v. Richard Roth | 10-05136 | X (By *Blumenthal* Joinder) | | | X |
| 14. | Picard v. Jonathan Sobin | 10-04540 | X (By *Blumenthal* Joinder) | | | X |
| 15. | Picard v. Harold A. Thau | 10-04951 | X (By *Blumenthal* Joinder) | | | X |
| 16. | Picard v. The William M. Woessner Family, et al. | 10-04741 | X (By *Blumenthal* Joinder) | | | X |
| **PRYOR CASHMAN LLP** | | | | | | |
| 1. | Picard v. Patrice M. Auld, et al. | 10-04343 | X (By *Goldman* Joinder) | | | |
| 2. | Picard v. Bernard Marden Profit Sharing Plan, et al. | 10-05168 | X (By *Goldman* Joinder) | | | |
| 3. | Picard v. Abraham J. Goldberg, et al. | 10-05439 | X (By *Goldman* Joinder) | | | X |
| 4. | Picard v. Charlotte Marden Irrevocable Trust, et al. | 10-05118 | X (By *Goldman* Joinder) | | | X |
| 5. | Picard v. James P. Marden, et al. | 10-04341 | X (By *Goldman* Joinder) | | | X |

|    |                                            |          | Greiff Decision            | Antecedent Debt Decision | Antecedent Debt Interlocutory Denial | Omnibus Good Faith Decision        |
|----|--------------------------------------------|----------|----------------------------|--------------------------|--------------------------------------|------------------------------------|
| 6. | Picard v. Marden Family Limited Partnership, et al. | 10-04348 | X (By *Goldman* Joinder)   |                          |                                      | X                                  |
| 7. | Picard v. Murray Pergament Trust, et al.   | 10-05194 | X (By *Goldman* Joinder)   |                          |                                      | X                                  |
| 8. | Picard v. Stanley Plesent                  | 10-04375 |                            | X                        | X                                    |                                    |
| **LOEB & LOEB LLP** | | | | | | |
| 1. | Picard v. Kenneth Evenstad Trust, et al.   | 10-04342 |                            | X                        | X                                    | X (By Motion to Intervene)[5]      |
| 2. | Picard v. Kenneth Evenstad Trust, et al.   | 10-04933 |                            | X                        | X                                    | X (By Motion to Intervene)[5]      |
| 3. | Picard v. Mark Evenstad Trust, et al.      | 10-04512 |                            | X                        | X                                    |                                    |
| 4. | Picard v. MBE Preferred Ltd Partnership, et al. | 10-04952 |                       | X                        | X                                    | X (By Motion to Intervene)[5]      |
| 5. | Picard v. Serene Warren Trust, et al.      | 10-04514 |                            | X                        | X                                    |                                    |
| 6. | Picard v. SEW Preferred Ltd Partnership, et al. | 10-04945 |                       | X                        | X                                    |                                    |
| **BAKER & MCKENZIE LLP** **(Movants Formerly Represented By K&L Gates LLP)** | | | | | | |
| 1. | Picard v. Lanx                             | 10-04384 |                            |                          |                                      |                                    |
| 2. | Picard v. Lowery                           | 10-04387 |                            | X                        | X                                    | X (By Motion to Intervene)[5]      |
| 3. | Picard v. South Ferry                      | 10-04488 |                            |                          |                                      |                                    |
| 4. | Picard v. South Ferry                      | 10-04350 |                            |                          |                                      |                                    |
| 5. | Picard v. ZWD                              | 10-04374 |                            |                          |                                      |                                    |