Page 1

```
 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   Case No. 08-99000-smb

 4   Adv. Case No. 10-04311-SMB

 5   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 6   In the Matter of:

 7   BERNARD L. MADOFF,

 8              Debtor.

 9   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

10   IRVING H. PICARD, Trustee for the Liquidation of Bernard L.

11   Madoff Investment Securities LLC,

12              Plaintiff,

13        v.

14   ANDREW H. COHEN

15              Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17              U.S. Bankruptcy Court

18              One Bowling Green

19              New York, NY  10004

20              July 16, 2015

21              10:08 AM

22

23   B E F O R E :

24   HON STUART M. BERNSTEIN

25   U.S. BANKRUPTCY JUDGE
```

1 Hearing re: Final Pre-Trial Conference
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25 Transcribed by: Sonya Ledanski Hyde

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

```
 1   A P P E A R A N C E S :

 2

 3   BAKER HOSTETLER

 4        Attorney for the Trustee

 5        45 Rockefeller Plaza

 6        New York, NY 10111

 7

 8   BY:  NICOLAS J. CREMONA

 9        ONA THERESA WANG

10        JAMES H. ROLLINSON

11

12   LEWIS & MCKENNA

13        Attorney for the Defendant, Andrew H. Cohen

14        82 East Allendale Road, Suite 6

15        Saddle River, NJ 07458

16

17   BY:  GREGORY S. GOETT

18

19

20

21

22

23

24

25
```

1                    P R O C E E D I N G S

2            THE COURT:  Picard versus Cohen.  Go ahead.

3            MR. CREMONA:  Good morning, Your Honor.  Nicholas

4   Cremona of Baker Hostetler, appearing on behalf of the

5   Trustee.  We're here, Your Honor, for the file -- final

6   pretrial conference in the Picard v. Cohen matter.  We were

7   before Your Honor on June 2nd to discuss these -- this case,

8   and we were directed to submit a final pretrial order, which

9   we did last week.

10           As I'm sure Your Honor noted, we had some

11  competing contentions in that order.  And I'm happy to

12  discuss them with you and answer any questions you may have.

13  But I would want to point out at the outset that I just had

14  a conversation with my colleague, and I do think there are

15  some modifications on their end as to their counterclaim and

16  their jury demand, which will inform the scope of this

17  order.  So, I will cede to them to clarify that for the

18  record.

19           THE COURT:  Very well.

20           MR. GOETT:  Thank you, Your Honor.  Gregory Goett

21  for Lewis & McKenna on behalf of defendant Andrew Cohen.

22  Pursuant to two conversations and the clients, although not

23  set forth in the initial pretrial order, my client at this

24  time does not wish to pursue his counterclaims against the

25  estate, given the financial status of the bankruptcy.  And,

1   as well, given his limited means, he's retracting his demand

2   for a jury trial at this time.

3           THE COURT:  I'm sorry, what --

4           MR. GOETT:  He's retracting his demand for a jury

5   trial at this time.

6           THE COURT:  All right.  You don't have to, but I'm

7   asking whether your client consents to the entry of a final

8   judgment in this.

9           MR. GOETT:  He does not on that, Your Honor.  He -

10  - but he certainly does not see the need for a jury trial

11  currently.

12          THE COURT:  All right.  Okay.  Why don't we do

13  this?  I don't have any problems otherwise with the pretrial

14  order.  Why don't you submit a revised, signed pretrial

15  order which reflects the changes that we've just mentioned?

16  And then I'll sign it, and the trial is already on the

17  schedule.  All right?  Thank you very much.

18          MR. CREMONA:  Thank you, Your Honor.

19          WOMAN:  Thank you, Your Honor.

20          MR. GOETT:  Sorry, I apologize.  There's one

21  issue.  I don't know if it needs to go in the order.  One of

22  our fact witnesses on defense on the tax damages, Mr.

23  Cohen's accountant, will not be available on the 14th.  He

24  will -- he's an accountant.

25          THE COURT:  But I don't need that testimony.

1                MR. GOETT:  Okay.

2                THE COURT:  Do I?

3                MR. GOETT:  I'm sorry?

4                THE COURT:  Because, if you withdraw your

5    counterclaims, one of your counterclaims was for the excess

6    taxes that he paid.

7                MR. GOETT:  Yes, Your Honor, but it's also a

8    factor of an affirmative defense on the core value in

9    548(c), the tax damages incurred, an affirmative defense as

10   opposed to a counterclaim, Your Honor.

11               THE COURT:  What do you contend your tax damage or

12   tax damages were, quote/unquote?

13               MR. GOETT:  Right now, they're based of $638,000,

14   I want to say, Your Honor, subject to -- again, we

15   (indiscernible) --

16               THE COURT:  Is there a dispute about that?

17               MR. CREMONA:  Your Honor, we haven't received any

18   of the documentation on that.  But I would say that we have

19   indicated we're amenable to stipulating we think this is

20   relatively straightforward.

21               THE COURT:  Yeah.

22               MR. CREMONA:  So, we would be accommodating in

23   that respect.

24               THE COURT:  Why don't you discuss it with counsel?

25               MR. GOETT:  Okay.

1              THE COURT:  He'll probably stipulate, because

2     their position is that it's irrelevant.

3              MR. GOETT:  Of course, Your Honor.  We just

4     offered proofs for purposes of preserving --

5              THE COURT:  You can make your record.  They can

6     stipulate to it when it's in the record.

7              MR. GOETT:  Thank you, Your Honor.

8              THE COURT:  And it'll save time and it'll save the

9     need to hear the accountant's testimony.

10             MR. GOETT:  Thank you, Your Honor.  Appreciate it.

11    Okay.

12             THE COURT:  Okay?  All right.  So, as a matter of

13    fact, why don't you discuss it before you submit the revised

14    stipulation -- or the revised proposed pretrial order?  And

15    maybe that can be resolved and you can remove all the tax

16    exhibits and everything out from it.

17             MR. GOETT:  Thank you, Your Honor.

18             THE COURT:  Okay.  Thank you.

19             MR. CREMONA:  Thank you, Your Honor.

20             WOMAN:  Thank you.

21             (Whereupon these proceedings were concluded at

22    10:12 AM)

23

24

25

Page 8

1         C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6    Sonya Ledanski Hyde
     Digitally signed by Sonya Ledanski Hyde
     DN: cn=Sonya Ledanski Hyde, o, ou, email=digital1@veritext.com, c=US
     Date: 2016.02.19 14:05:51 -05'00'

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20   Veritext Legal Solutions

21   330 Old Country Road

22   Suite 300

23   Mineola, NY 11501

24

25   Date:   February 11, 2016